No. 11–623.  FISHMAN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 11–629.  RANSOM v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 11–632.  DICKOW, EXECUTOR OF THE ESTATE OF DICKOW v. UNITED STATES ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 11–641.  ROSALES v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–644.  LITMAN ET AL. v. CELLCO PARTNERSHIP, DBA VERIZON WIRELESS.  C. A. 3d Cir.  Certiorari denied.

No. 11–645.  KASHAMU v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 11–660.  UTTERBACK ET AL. v. GEITHNER, SECRETARY OF THE TREASURY, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 11–673.  ABBE ET AL. v. CITY OF SAN DIEGO, CALIFORNIA. C. A. 9th Cir.  Certiorari denied.

No. 11–686.  DELGADO v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 11–5006.  MANNING v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 11–5038.  TURNER v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 11–5128.  WORMINGTON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–5305.  THOMAS v. UNITED STATES (Reported below: 422 Fed. Appx. 361); and HAY v. UNITED STATES (422 Fed. Appx. 362).  C. A. 5th Cir.  Certiorari denied.